Alan S. Baskin, SBN 013155
Daniel Nageotte, SBN 035562
WEISS BROWN
6263 North Scottsdale Road, Suite 340
Scottsdale, Arizona 85250
480-327-6650
alan@weissbrown.com
daniel.nageotte@weissbrown.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Walton U.S. Land Fund 4, LP; Walton U.S. Land Fund 5, LP; WUSF 4 GP, LLC; and WUSF 5 GP, LLC, | **Case No: 26-cv-03259-SPL** |
| Plaintiffs, | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| v. | |
| Ira Gaines in his individual capacity and as trustee for the Ira J. Gaines Revocable Trust Dated November 24, 2004; Peachtree Partners; and IG Holdings, Inc., an Arizona corporation, | (First Request) |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 6(b) and LRCiv. 6.1 and 7.3, defendants Ira Gaines in his individual capacity and as trustee for the Ira J. Gaines Revocable Trust Dated November 24, 2004, Peachtree Partners, and IG Holdings, Inc. (collectively "Defendants") and plaintiffs Walton U.S. Land Fund 4, LP, Walton U.S. Land Fund 5, LP, WUSF 4 GP, LLC, and WUSF 5 GP, LLC stipulate that Defendants may have until June 23, 2026 to answer or otherwise respond to the complaint. This is the first request for an extension. Attached is a proposed order.

**WEISS BROWN**
6263 N. SCOTTSDALE ROAD STE. 340
SCOTTSDALE, ARIZONA 85250
480.327.6650

RESPECTFULLY SUBMITTED this 26th day of May, 2026.

WEISS BROWN

By: /s/ *Alan S. Baskin*
    Alan S. Baskin
    Daniel F. Nageotte
    6263 N. Scottsdale Road, Suite 340
    Scottsdale, Arizona 85250

    *Attorneys for Defendants*

SQUIRE PATTON BOGGS (US) LLP

By: /s/ *Brian A. Cabianca (with permission)*
    Brian A. Cabianca
    2325 E. Camelback Road, Suite 700
    Phoenix, Arizona 85016

    *Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing.

*/s/ Cristina McDonald*

WEISS BROWN
6263 N. SCOTTSDALE ROAD STE. 340
SCOTTSDALE, ARIZONA 85250
480.327.6650

3

4914-3190-1100, v. 1