IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Walton U.S. Land Fund 4 LP, et al., ) | No. CV-26-03259-PHX-SPL |
| ) | |
| Plaintiffs, ) | **ORDER** |
| vs. ) | |
| ) | |
| Ira Gaines, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Before the Court is the parties' Stipulation (Doc. 10), in which they jointly move for an extension of the deadline for Defendants Ira Gaines, Ira J. Gaines Revocable Trust Dated November 24, 2004, Peachtree Partners, and IG Holdings Incorporated to file a response to Plaintiffs' Complaint. Having considered this first request,

**IT IS ORDERED** that the Stipulation (Doc. 10) is **granted**. Defendants Ira Gaines, Ira J. Gaines Revocable Trust Dated November 24, 2004, Peachtree Partners, and IG Holdings, Incorporated shall have until **June 23, 2026**, to file an answer or otherwise respond to the Complaint.

Dated this 29th day of May, 2026.

Honorable Steven P. Logan
United States District Judge