# EXHIBIT A

Alan S. Baskin, SBN 013155
Daniel Nageotte, SBN 035562
WEISS BROWN
6263 North Scottsdale Road, Suite 340
Scottsdale, Arizona 85250
480-327-6650
alan@weissbrown.com
daniel.nageotte@weissbrown.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Walton U.S. Land Fund 4, LP; Walton U.S. Land Fund 5, LP; WUSF 4 GP, LLC; and WUSF 5 GP, LLC, | **Case No: 26-cv-03259-SPL** |
| Plaintiffs, | **DECLARATION OF IRA GAINES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT** |
| v. | |
| Ira Gaines in his individual capacity and as trustee for the Ira J. Gaines Revocable Trust Dated November 24, 2004; Peachtree Partners; and IG Holdings, Inc., an Arizona corporation, | |
| Defendants. | |

I, Ira Gaines, declare as follows:

1. I am over the age of 18 and am competent to provide testimony concerning the matters addressed in this Declaration.

2. I am a member/manager of Peachtree Partners, a defendant in the above matter.

3. Attached as **Exhibit 1** is Peachtree's November 1, 2025, OFFER TO REPURCHASE UP TO 40% OF THE OUTSTANDING LIMITED PARTNERSHIP INTERESTS in the Walton US Land Fund 5.

4.      Attached as **Exhibit 2** is Peachtree's February 1, 2026, OFFER TO REPURCHASE UP TO 40% OF THE OUTSTANDING LIMITED PARTNERSHIP INTERESTS in the Walton US Land Fund 4.

5.      Attached as **Exhibit 3** is a Walton™ Title Transfer-Transferor form. This form was sent along with the offers attached as **Exhibits 1-2**.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 30th day of June, 2026.

Ira Gaines

WEISS BROWN
0263 N. SCOTTSDALE ROAD STE. 340
SCOTTSDALE, ARIZONA 85250
480.337.6990

2

# EXHIBIT 1

November 1, 2025

**OFFER TO REPURCHASE
UP TO 40% OF THE OUTSTANDING
LIMITED PARTNERSHIP INTERESTS
BY PEACHTREE PARTNERS**

# Walton US Land Fund 5
## $6.25 Cash per Unit of Limited Partnership Interest

Peachtree Partners offers to purchase units ("Units") of **"Walton US Land Fund 5"** (the "Partnership") at a price of **$6.25** per Unit, less administration fee of $300.00 per investor and less any distributions paid after November 1, 2025. There is no established market for the Units and this price may not represent the fair value of your Unit. **This offer expires January 1, 2026.**

**Please consider the following:**

- This partnership has been in existence for many years and its goal of purchasing land for the benefit of home builders is a viable business plan, however, it is taking longer than we may have envisioned. The fund has six properties in five states. We have just been notified that the Catawba property in South Carolina has been re-priced, and the project sales price was lowered to an amount that equals our cost.
- You may obtain information on Partnership assets, value or liquidity from the Partnership's General Partner and from the periodic financial statements issued by the Partnership. We have not undertaken any due diligence investigation of such filings.
- The sale of your Unit may be a taxable event at capital gain rates, and you should consult your tax advisor.
- You will not be charged a commission on the sale of your Unit except for the administration fee.
- By selling your limited partnership units, you give yourself the opportunity to place the proceeds from the sale into other more liquid investments. You may also simplify your tax returns by eliminating future K-1 reporting for this partnership.
- There are no distributions from operations, as the only distributions will be from the sale of the land. It is anticipated that property sales and the distributions may extend out to 2035.
- You may prefer to receive cash now rather than waiting for the partnership to liquidate.
- The general partner may respond to this offer within 10 days of it becoming aware of our offer. You may wish to wait until then before tendering your units. However, we encourage you to begin your decision-making process immediately if you are interested in accepting our offer, as only a limited number of Units will be purchased.

**Important Investment Considerations:**

- The Partnership is a private limited partnership. Therefore, there is only limited information regarding the Partnership's assets, value or liquidity that is publicly available.
- Peachtree Partners is making this offer intending to make a profit in the future.
- We make offers to repurchase the units of numerous limited partnerships. Affiliates of Peachtree, Ira Gaines and Barry Zemel, have sufficient funds on hand, and will not have to borrow in order to purchase all units that will be tendered.
- To determine the offer price of the Units we have considered among other criteria, the prospects for the Partnership, current market conditions and the limited liquidity of the Units. There is no assurance that other offers would come to the same or to a similar valuation of the Units.
- You have the right to withdraw and rescind this offer for a period of 15 days from the postmark of your acceptance of this offer.
- You will be paid for your Units promptly after the General Partner has confirmed to us that the units have been validly transferred. In the event that there is a delay by the Partnership or the General Partner in transferring your units or in sending us confirmation of the transfer, this offer will be automatically extended until such transfer is confirmed. We are not affiliated with the Partnership, or the General Partner and we have no control over the Partnership or the General Partner, or over the length of time they may take to provide such confirmation.
- This offer is being made by Peachtree Partners without any approval or endorsement from the Partnership or General Partner, either expressed or implied.
- We are buying your Units for investment purposes, and we will not purchase more than 40% of the outstanding Units, including those we already own.
- We reserve the right to assign our ownership to our affiliates, but in no event will we collectively own more than 40%.

- Other than stated herein, we will not extend this offer. We may in the future make additional tenders for units at higher prices.
- This tender offer is not subject to certain rules and regulations of the SEC. Accordingly, it may not contain all of the disclosure or procedures set forth in those rules and regulations. Please see the "SEC" report "Commission Guidance on Mini-Tender Offers and Limited Partnership Tender Offers" for a full explanation of SEC rules on tenders.

**Direct questions concerning this offer to us at 1-800-832-2557
Or email us at info@peachtreepartnersaz.com.**

**For quotes on other partnerships, CALL us!!**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FOLLOW THESE STEPS TO COMPLETE THE ASSIGNMENT FORM & LIMITED POWER OF ATTORNEY ENCLOSED:

1. Please clearly print **exactly** the name, social security or Tax ID number as it appears on the records of the partnership.

2. Please clearly print your current address and telephone number.

3. Indicate the number of Units you own.

4. Sign your name, (if held jointly, both parties must sign)

5. If the owner or a co-owner is deceased, enclose a Certified Death Certificate, Letters of Testamentary, or Court Appointment.

6. **Your signature must be "Signature Guaranteed" (Medallion Stamp)** by a commercial bank or brokerage firm. This is a special green stamp that your banker or broker uses.

7. **If your Units are held in a Trust, Profit Sharing or Pension Plan, attach the first page, signature pages, and the section of the Trust Agreement showing that the signer has the authority to sign the Agreement on behalf of the Trust or Plan.**

8. If your Units are held in an "IRA", indicate custodian and account # on the form.

Peachtree Partners
1819 E. Morten Ave, Ste 180 Phoenix, AZ 85020
(602) 870-8862 (800) 832-2557 (602) 870-9122 Fax
info@peachtreepartnersaz.com

Page 2 of 3

## ASSIGNMENT FORM & LIMITED POWER OF ATTORNEY

November 1, 2025

**Partnership: Walton US Land Fund 5**

**Price per unit: $6.25**
**Administration fee: $300.00**

**Seller Name:** _____

**Number of Units:** _____

**Social Security/Tax ID:** _____

**Address:** _____

**Telephone Number:** _____

**(Only if partnership is in an IRA or is held by other than individual ownership)**

**Custodian Name/Account #:** _____

The seller, as referenced above, hereby, irrevocably, appoints Ira Gaines or Barry Zemel, with full power of substitution, to be the seller's true and lawful agent and "attorney-in-fact" with full powers to execute, acknowledge, record, and receive any and all contracts, agreements, documents, instruments, and reports and to take any and all other actions on our behalf that are or may be required or appropriate in connection with the transfer of the above described investment and in the quantity indicated and to take any and all other actions on our behalf in the exercise of any of seller's rights or privileges as limited partners in the above described investment. We agree that all distributions from whatever source plus any litigation proceeds from the date as indicated above belong to the Assignee and in that regard we give and grant to our attorney-in-fact full power and authority to direct the partnership to make all future distributions payable to the Assignee, and to direct the general partner to immediately change the address of record of the registered owner of the units to that of the Assignee. We further irrevocably direct our custodian, trustee, or any other nominee, if applicable, to execute and deliver any documents to complete the transfer or assignment and purchase of the units.

Executed this _____ day of _____, 2025 in _____, _____, _____
                                                          City            State         County

_____
Seller Signature

_____
Joint Seller Signature

_____
Signature Guarantee

_____
Signature Guarantee

**Required ▶ Medallion Guarantee Stamp**
**All Current Holder(s) or Legal Rep(s)**
**(Notary Seal Is Not Acceptable)**

**Required ▶ Medallion Guarantee Stamp**
**Current Custodian (Notary Seal Is Not Acceptable)**

# EXHIBIT 2

February 01, 2026

**OFFER TO REPURCHASE
UP TO 40% OF THE OUTSTANDING
LIMITED PARTNERSHIP INTERESTS
BY PEACHTREE PARTNERS**

# Walton US Land Fund 4
## $3.25 Cash per Unit of Limited Partnership Interest

Peachtree Partners offers to purchase units ("Units") of **"Walton US Land Fund 4"** (the "Partnership") at a price of **$3.25** per Unit, less administration fee of $300.00 per investor and less any distributions paid after February 01, 2026. There is no established market for the Units and this price may not represent the fair value of your Unit. **This offer expires April 01, 2026.**

**Please consider the following:**

- This partnership has been in existence for many years and its goal of purchasing land for the benefit of home builders is a viable business plan. There are no distributions from operation, as the only distributions will be from the land sales and option payments. We just received $2.41 per share from the property sales, and to date we have received $2.84 per share and future sales will transpire, however, it is taking longer than we have envisioned.
- The Fund has six parcels of land, and all parcels are under contract with proceeds expected through 2036.
- You may obtain information on Partnership assets, value or liquidity from the Partnership's General Partner and from the periodic financial statements issued by the Partnership. We have not undertaken any due diligence investigation of such filings.
- The sale of your Unit may be a taxable event at capital gain rates, and you should consult your tax advisor.
- You will not be charged a commission on the sale of your Unit except for the administration fee.
- By selling your limited partnership units, you give yourself the opportunity to place the proceeds from the sale into other more liquid investments. You may also simplify your tax returns by eliminating future K-1 reporting for this partnership.
- You may prefer to receive cash now rather than waiting for the partnership to liquidate.
- The general partner may respond to this offer within 10 days of it becoming aware of our offer. You may wish to wait until then before tendering your units. However, we encourage you to begin your decision-making process immediately if you are interested in accepting our offer, as only a limited number of Units will be purchased.

**Important Investment Considerations:**

- The Partnership is a private limited partnership. Therefore, there is only limited information regarding the Partnership's assets, value or liquidity that is publicly available.
- Peachtree Partners is making this offer intending to make a profit in the future.
- We make offers to repurchase the units of numerous limited partnerships. Affiliates of Peachtree, Ira Gaines and Barry Zemel, have sufficient funds on hand, and will not have to borrow in order to purchase all units that will be tendered.
- To determine the offer price of the Units we have considered among other criteria, the prospects for the Partnership, current market conditions and the limited liquidity of the Units. There is no assurance that other offers would come to the same or to a similar valuation of the Units.
- You have the right to withdraw and rescind this offer for a period of 15 days from the postmark of your acceptance of this offer.
- You will be paid for your Units promptly after the General Partner has confirmed to us that the units have been validly transferred. In the event that there is a delay by the Partnership or the General Partner in transferring your units or in sending us confirmation of the transfer, this offer will be automatically extended until such transfer is confirmed. We are not affiliated with the Partnership, or the General Partner and we have no control over the Partnership or the General Partner, or over the length of time they may take to provide such confirmation.
- This offer is being made by Peachtree Partners without any approval or endorsement from the Partnership or General Partner, either expressed or implied.
- We are buying your Units for investment purposes, and we will not purchase more than 40% of the outstanding Units, including those we already own.
- We reserve the right to assign our ownership to our affiliates, but in no event will we collectively own more than 40%.
- Other than stated herein, we will not extend this offer. We may in the future make additional tenders for units at higher prices.

- Other than stated herein, we will not extend this offer. We may in the future make additional tenders for units at higher prices.
- This tender offer is not subject to certain rules and regulations of the SEC. Accordingly, it may not contain all of the disclosure or procedures set forth in those rules and regulations. Please see the "SEC" report "Commission Guidance on Mini-Tender Offers and Limited Partnership Tender Offers" for a full explanation of SEC rules on tenders.

**Direct questions concerning this offer to us at 1-800-832-2557
Or email us at info@peachtreepartnersaz.com.**

**For quotes on other partnerships, CALL us!!**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FOLLOW THESE STEPS TO COMPLETE THE ASSIGNMENT FORM & LIMITED POWER OF ATTORNEY ENCLOSED:

1. Please clearly print **exactly** the name, social security or Tax ID number as it appears on the records of the partnership.

2. Please clearly print your current address and telephone number.

3. Indicate the number of Units you own.

4. Sign your name, (if held jointly, both parties must sign)

5. If the owner or a co-owner is deceased, enclose a Certified Death Certificate, Letters of Testamentary, or Court Appointment.

6. **Your signature must be "Signature Guaranteed" (Medallion Stamp)** by a commercial bank or brokerage firm. This is a special green stamp that your banker or broker uses.

7. **If your Units are held in a Trust, Profit Sharing or Pension Plan, attach the first page, signature pages, and the section of the Trust Agreement showing that the signer has the authority to sign the Agreement on behalf of the Trust or Plan.**

8. If your Units are held in an "IRA", indicate custodian and account # on the form.

9. Please mail all documents back to the address at Peachtree Partners 1819 E Morten Ave., Ste 180 Phoenix, AZ 85020.

## PLEASE DO NOT MAIL TO WALTON DIRECTLY, RETURN ALL FORMS TO PEACHTREE PARTNERS TO AVOID DELAYS.

**Peachtree Partners 1819 E Morten Ave, Ste 180 Phoenix, AZ 85020 TF: (800) 832-2557 O: (602) 870-9122 F: (602) 870-9122**
info@peachtreepartnersaz.com

Page 2 of 3

## ASSIGNMENT FORM & LIMITED POWER OF ATTORNEY

February 01, 2026

**Partnership: Walton US Land Fund 4**

**Price per unit: $3.25**
**Administration fee:  $300.00**

**Seller**
**Name:** _____

**Number of Units:** _____

**Address:** _____

**Social Security/Tax ID:** _____

_____

**Telephone Number:** _____

**(Only if partnership is in an IRA or is held by other than individual ownership)**

**Custodian Name/Account #:** _____

The seller, as referenced above, hereby, irrevocably, appoints Ira Gaines or Barry Zemel, with full power of substitution, to be the seller's true and lawful agent and "attorney-in-fact" with full powers to execute, acknowledge, record, and receive any and all contracts, agreements, documents, instruments, and reports and to take any and all other actions on our behalf that are or may be required or appropriate in connection with the transfer of the above described investment and in the quantity indicated and to take any and all other actions on our behalf in the exercise of any of seller's rights or privileges as limited partners in the above described investment.  We agree that all distributions from whatever source plus any litigation proceeds from the date as indicated above belong to the Assignee and in that regard we give and grant to our attorney-in-fact full power and authority to direct the partnership to make all future distributions payable to the Assignee, and to direct the general partner to immediately change the address of record of the registered owner of the units to that of the Assignee.  We further irrevocably direct our custodian, trustee, or any other nominee, if applicable, to execute and deliver any documents to complete the transfer or assignment and purchase of the units.

Executed this _____ day of _____, 2026 in _____, _____, _____.

City            State            County

_____
Seller Signature

_____
Joint Seller Signature

_____
Signature Guarantee

_____
Signature Guarantee

**Required ▶ Medallion Guarantee Stamp**
**All Current Holder(s) or Legal Rep(s)**
**(Notary Seal Is Not Acceptable)**

**Required ▶ Medallion Guarantee Stamp**
**Current Custodian (Notary Seal Is Not Acceptable)**
**(Only IRA held or non-individual ownership)**

Peachtree Partners 1819 E Morten Ave, Ste 180 Phoenix, AZ 85020 TF: (800) 832-2557 O: (602) 870-9122 F: (602) 870-9122
info@peachtreepartnersaz.com

# EXHIBIT 3

# Walton™

## TITLE TRANSFER - TRANSFEROR

Full Name of Fund: _____

Number of Shares to be Transferred _____

### TRANSFEROR (SELLER'S) INFORMATION:

Investor Number _____    Title _____

Investor Address _____

Email Address _____

Phone # _____    Investor Tax ID _____

### CUSTODIAN INFORMATION:

Custodian Name _____

Custodian Address _____

_____

Phone # _____    Custodian Tax ID _____

*By executing this form, the transferor(s) hereby certifies and represents possession of valid title and all requisite power to assign such interests and represents and warrants that the transfer effected hereby is made in accordance with all applicable federal and state securities law and regulation.*

### REASON FOR TRANSFER (check one):

☐ Re-registration (name change, divorce, individual to trust, etc.)
☐ Sale (Please include Price per Share or Unit) _____
☐ Death
☐ Gift
☐ Other (please specify) _____

_____    _____    _____    _____
Transferor Signature         Date      Transferor Signature         Date

_____    _____
Custodian Signature (if applicable)   Date

### PRINT AND MAIL TO:

Transfer fee of $37.50 payable to
Vistra USA LLC is required upon submission

**Regular / Overnight Mail:**

Walton International Group, Inc.
*c/o Vistra USA LLC*
125 E Sir Francis Drake Blvd Suite 401
Larkspur CA 94939-1820

*Medallion Signature Guarantee Required*