Alan S. Baskin, SBN 013155
Daniel Nageotte, SBN 035562
WEISS BROWN
6263 North Scottsdale Road, Suite 340
Scottsdale, Arizona 85250
480-327-6650
alan@weissbrown.com
daniel.nageotte@weissbrown.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Walton U.S. Land Fund 4, LP; Walton U.S. Land Fund 5, LP; WUSF 4 GP, LLC; and WUSF 5 GP, LLC, | **Case No: 26-cv-03259-SPL** |
| Plaintiffs, | **DEFENDANTS' NOTICE OF USE OF ARTIFICIAL INTELLIGENCE** |
| v. | |
| Ira Gaines in his individual capacity and as trustee for the Ira J. Gaines Revocable Trust Dated November 24, 2004; Peachtree Partners; and IG Holdings, Inc., an Arizona corporation, | |
| Defendants. | |

Counsel for Defendants respectfully submits this Notice pursuant to the Court's Artificial Intelligence Disclosure requirements set forth in its Preliminary Order filed on May 11, 2026 (Doc. 5) and states as follows:

1.      I used Claude AI and Westlaw with integrated AI features while researching and drafting Defendants' Motion to Dismiss.

2.      I also used traditional (not AI) research tools.

3.      I drafted the Motion to Dismiss. Some phrasing was borrowed or adapted from the AI outputs identified above, which I edited or revised. Accordingly, there are no specific portions of the motion that were solely generated by AI.

4.    I, or someone at our firm, checked and verified the accuracy of all citations in the Motion to Dismiss.

5.    I remain solely responsible for the contents of the Motion to Dismiss.

RESPECTFULLY SUBMITTED this 2nd day of July, 2026.

WEISS BROWN

By: */s/ Alan S. Baskin*
Alan S. Baskin
Daniel F. Nageotte
6263 N. Scottsdale Road, Suite 340
Scottsdale, Arizona 85250

*Attorneys for Defendants*

**WEISS BROWN**
6263 N. SCOTTSDALE ROAD STE. 340
SCOTTSDALE, ARIZONA 85250
480.327.6650

1

4935-8503-0841, v. 2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing.

*/s/ Cristina McDonald*

**WEISS BROWN**
6263 N. SCOTTSDALE ROAD STE. 340
SCOTTSDALE, ARIZONA 85250
480.327.6650

2

4935-8503-0841, v. 2