Alan S. Baskin, SBN 013155
Daniel Nageotte, SBN 035562
WEISS BROWN
6263 North Scottsdale Road, Suite 340
Scottsdale, Arizona 85250
480-327-6650
alan@weissbrown.com
daniel.nageotte@weissbrown.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Walton U.S. Land Fund 4, LP; Walton U.S. Land Fund 5, LP; WUSF 4 GP, LLC; and WUSF 5 GP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Ira Gaines in his individual capacity and as trustee for the Ira J. Gaines Revocable Trust Dated November 24, 2004; Peachtree Partners; and IG Holdings, Inc., an Arizona corporation,<br><br>Defendants. | **Case No: 26-cv-03259-SPL**<br><br>**DEFENDANT IG HOLDINGS, INC.'S CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of defendant IG Holdings, Inc. in compliance with the provisions of:

  X   Rule 7.1(a)(1), Federal Rules of Civil Procedure, a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene in an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stocks or states that there is no such corporation.

      Rule 7.1(a)(2), Federal Rules of Civil Procedure, in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. The statement must name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or

intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

_____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if any organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

_X_ No such corporation.

_____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____ Relationship _____

_____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of the financial interest. *(Attach additional pages if needed.)*

_____ Relationship _____

_____ Other (please explain.)

_____ Diversity case. (*Attach additional pages if needed.*)

Party name and Party Role:       State:

_____        _____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

WEISS BROWN
6263 N. SCOTTSDALE ROAD STE. 340
SCOTTSDALE, ARIZONA 85250
480.327.6650

2

RESPECTFULLY SUBMITTED this 2nd day of July, 2026.

WEISS BROWN

By: */s/ Alan S. Baskin*
Alan S. Baskin
Daniel F. Nageotte
6263 N. Scottsdale Road, Suite 340
Scottsdale, Arizona 85250

*Attorneys for Defendants*

WEISS BROWN
6263 N. SCOTTSDALE ROAD STE. 340
SCOTTSDALE, ARIZONA  85250
480.327.6650

3

4917-0110-7129, v. 1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing.

*/s/ Cristina McDonald*

**WEISS BROWN**
6263 N. SCOTTSDALE ROAD STE. 340
SCOTTSDALE, ARIZONA 85250
480.327.6650

4

4917-0110-7129, v. 1